STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

December 20th, 2019

The Honorable Katherine Polk Failla
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square - Courtroom 618
New York, New York 10007

Re: Antolin vs. N Corporation et al
Case No.: 1:19-cv-07385 KPF

Dear Judge Failla,

I represent Plaintiff Dino Antolini and I am compelled to respond to Ying Hui He's letter to the Court today's date.

The only truthful remark was my pointing out to her that the hard copy sent by mail contained her client's tax return for the year 2017, indicating zero income for the year. That was my only concern that I had. Counsel also emailed me the 2018 business tax return indicating income in excess of $1,268,825.00.

Respectfully, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF