```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DINO ANTOLINI,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>N. COPORATION, NICHOLAS S.<br>PRITZKER, SHIYANG HUI, and TIPSY<br>SHANHAI RESTAURANT<br>MANAGEMENT, INC.,<br><br>                              Defendants. | 19 Civ. 7385 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

During a pretrial conference held on January 28, 2020, it came to light that Defendants have yet to comply with Plaintiff's discovery requests. The Case Management Plan, signed by the Court on November 6, 2019, provided that fact discovery would conclude on or before January 15, 2020. (Dkt. #24). Due to Defendants' failure to complete their discovery obligations, and in light of the representations made by Defendants' counsel regarding renewed efforts to comply with discovery, the deadline for Defendants to complete fact discovery is hereby extended to March 27, 2020.

The Court understands that Plaintiff has complied with all discovery requests that were served by Defendants in advance of the January 15, 2020 fact discovery deadline. Accordingly, the Court does not believe that the deadline for fact discovery should be extended as to Plaintiff. If Defendants disagree and believe that Plaintiff has not fully complied with his discovery

obligations, Defendants are to notify the Court by letter, listing any discovery requests with which Plaintiff failed to comply, on or before February 6, 2020.

The parties are ORDERED to appear for a pretrial conference on April 14, 2020, at 10:30 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: January 28, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge