UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO ANTOLINI,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>N. COPORATION, NICHOLAS S. PRITZKER, SHIYANG HUI, and TIPSY SHANHAI RESTAURANT MANAGEMENT, INC.,<br><br>                              Defendants. | 19 Civ. 7385 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The parties are hereby ORDERED to appear for a teleconference to discuss Plaintiff's pending motion to expedite on February 19, 2021, at 3:30 p.m. At the appointed time, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:30 p.m.

  SO ORDERED.

Dated: February 16, 2021
    New York, New York

                      KATHERINE POLK FAILLA
                      United States District Judge