# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

May 27th, 2021

The Honorable Katherine Polk Failla
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square - Courtroom 618
New York, New York 10007

      Re: Antolin vs. N Corporation et al
      Case No.: 1:19-cv-07385 KPF

Dear Judge Failla,

Unfortunately, defendants and Plaintiff are at an impasse in settling this lawsuit.

Mr. Kirwin has provided me with the following dates for trial: "For a bench hearing, we propose September 13, 14, 20, 21, 29 or 30th".

I am available from September 21 to September 30th.

Thank you, I remain,

        Very truly yours,

        *[signature]*
        Stuart H. Finkelstein

SHF/tc
To all via ECF