# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

May 27th, 2021



The Honorable Katherine Polk Failla
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square - Courtroom 618
New York, New York 10007

    Re: Antolin vs. N Corporation et al
    Case No.: 1:19-cv-07385 KPF

Dear Judge Failla,

Unfortunately, defendants and Plaintiff are at an impasse in settling this lawsuit.

Mr. Kirwin has provided me with the following dates for trial: "For a bench hearing, we propose September 13, 14, 20, 21, 29 or 30th".

I am available from September 21 to September 30th.

Thank you, I remain,

        Very truly yours,

        Stuart H. Finkelstein

SHF/tc
To all via ECF

A bench trial in this action shall commence on September 29, 2021, at 9:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The parties are hereby ORDERED to file the Joint Pretrial Order, motions *in limine*, any pretrial memoranda of law, and the materials specified in Rule 7.C. of the Court's Individual Rules of Practice in Civil Cases by September 1, 2021.  The parties may! defer submitting proposed findings of fact and conclusions of law until the conclusion of the bench trial.  Any opposition papers shall be filed by September 8, 2021.  The parties are instructed to comply with Rule 7 of the Court's Individual Rules of Practice in Civil Cases when submitting their pretrial materials.  Finally, the parties are ORDERED to appear for a final pretrial conference on September 15, 2021, at 9:30 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:     May 28, 2021
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE