# STUART H. FINKELSTEIN

*Attorney at Law*

338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

September 10th, 2021

The Honorable Katherine Polk Failla
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square - Courtroom 618
New York, New York 10007

        Re: Antolin vs. N Corporation et al
        Case No.: 1:19-cv-07385 KPF

Dear Judge Failla,

I represent Mr. Antolini in the above matter. In anticipation of the Pretrial scheduled for the 15th of this month, Plaintiff would like to advise the Court of recent developments leading to the productive resolution of this matter.

To remind your Honor, in Plaintiff's proposed Joint Pre-Trial Order dated September 1, 2021, we referenced (par 13) a Consent Decree to resolve the matter. As you know, it would necessitate the Court's signature for its enforceability and Plaintiff's counsel has submitted a draft Consent Decree to defense counsel today for his review.

I will continue to update your Honor as things move forward.

        Very truly yours,

        Stuart H. Finkelstein, Esq.