UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DINO ANTOLINI,<br><br>                 Plaintiff,<br><br>-v.-<br><br>N. COPORATION, NICHOLAS S. PRITZKER, SHIYANG HUI, and TIPSY SHANHAI RESTAURANT MANAGEMENT, INC.,<br><br>                 Defendants. | 19 Civ. 7385 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Court has learned that the parties have reached a settlement in the instant matter, pursuant to the discussions the parties had with the Court during the final pretrial conference. As previously discussed, the Court will permit the underlying settlement documents to be filed under seal.

    Accordingly, the Clerk of Court is hereby directed to allow the parties to file the documents memorializing their settlement under seal, viewable only to the parties and the Court.

    SO ORDERED.

Dated:    September 28, 2021
               New York, New York

                                                          KATHERINE POLK FAILLA
                                                          United States District Judge